IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BUSPATROL AMERICA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:18-cv-991 ) |
| AMERICAN TRAFFIC SOLUTIONS, INC., | ) **Jury Trial Demanded** ) |
| Defendant. | ) ) ) |

# INDEX OF STATE COURT DOCUMENTS

Pursuant to 28 U.S.C. § 1446(a) and Northern District of Texas Local Civil Rule 81.1, Defendant American Traffic Solutions, Inc. ("ATS") hereby submits the following Index of State Court Documents, including all documents filed with the state court or served on ATS as of the date ATS filed its Notice of Removal and this Index.

| Exhibit No. | Filer | Document | Date Filed |
|---|---|---|---|
| 1. | BusPatrol America, LLC | Civil Case Information Sheet | 04/13/2018 |
| 2. | BusPatrol America, LLC | BusPatrol's Original Verified Petition and Application for Temporary Restraining Order and Injunctive Relief | 04/13/2018 |
| 3. | BusPatrol America, LLC | Plaintiff's Motion for Expedited Discovery with proposed orders | 04/13/2018 |
| 4. | Court | Notice of Temporary Restraining Order | 04/13/2018 |
| 5. | Court | Citation | 04/13/2018 |
| 6. | Court | Notice of hearing | 04/13/2018 |
| 7. | BusPatrol America, LLC | Plaintiff's Emergency Motion for Confidentiality and Protective Order | 04/16/2018 |
| 8. | Court | Confidentiality and Protective Order | 04/16/2018 |
| 9. | Court | Order Granting Expedited Discovery | 04/16/2018 |
| 10. | N/A | Service of Process Transmittal with attached Temporary Restraining Order, as served on ATS | 04/16/2018 |
| 11. | Court | Temporary Restraining Order | 04/17/2018 |

| Exhibit No. | Filer | Document | Date Filed |
|---|---|---|---|
| 12. | BusPatrol America, LLC | Citation return – Temporary Restraining Order served on American Traffic Solutions | 04/18/2018 |
| 13. | BusPatrol America, LLC | Citation return – Notice to Show Cause served on American Traffic Solutions | 04/18/2018 |
| 14. | BusPatrol America, LLC | Citation return – American Traffic Solutions | 04/18/2018 |
| 15. | Clerk | Docket Sheet | 04/19/2018 |

Dated: April 19, 2018

Respectfully submitted,

_____
Phillip B. Philbin
Texas Bar No. 15909020
Michael D. Karson
Texas Bar No. 24090198
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 200-5940
Email:   phillip.philbin@haynesboone.com
         michael.karson@haynesboone.com

*Attorneys for Defendant*
*American Traffic Solutions, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 19, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system pursuant to Local Rule CV-5(a), which will automatically send email notification of such filing to all counsel of record. I also certify that on April 19, 2018, the foregoing was served via electronic means upon the following counsel as indicated:

Robert L. Rickman (rrickman@krcl.com)

Donald A. Waltz (dwaltz@krcl.com)

Bruce C. Morris (bmorris@krcl.com)

_____
Phillip B. Philbin

3